JS-6

| | |
|---|---|
| 1 | FARZAD RASTEGAR (SBN: 155555) |
| 2 | AMIR SEYEDFARSHI (SBN: 301656)<br>RASTEGAR LAW GROUP, APC |
| 3 | 22760 Hawthorne Blvd., Suite 200<br>Torrance, CA 90505 |
| 4 | Telephone: (310) 961-9600<br>Facsimile: (310) 961-9094 |
| 5 | Email: farzad@rastegarlawgroup.com<br>amir@rastegarlawgroup.com |

Attorneys for Plaintiff
ROXANNA VALLE

DANIEL B. CHAMMAS (SBN: 204825)
SARAH SEPASI (SBN: 283101)
FORD & HARRISON LLP
350 South Grand Ave., Suite 2300
Los Angeles, CA 90071
Telephone: (213) 237-2400
Facsimile: (213) 237-2401
Email: dchammas@fordharrison.com
ssepasi@fordharrison.com

Attorneys for Defendant
DTZ GOVERNMENT SERVICES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROXANNA VALLE,<br><br>Plaintiff,<br><br>v.<br><br>DTZ GOVERNMENT SERVICES, INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. CV 17-2175-GW-AS<br><br>[Hon. George H. Wu]<br><br>**ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE** |

2:17-cv-02175 GW-AS                    -1-

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROXANNA VALLE,<br><br>Plaintiff,<br><br>v.<br><br>DTZ GOVERNMENT SERVICES, INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 2:17-cv-02175-GW-AS<br><br>[Hon. George H. Wu]<br><br>**ORDER RE STIPULATION OF DISMISSAL WITH PREJUDICE** |

GOOD CAUSE APPEARING THEREFORE, it is HEREBY ORDERED THAT, pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). Each party shall bear his/its own costs and attorneys' fees.

Dated: September 14, 2018

_____
HON. GEORGE H. WU
U.S. DISTRICT JUDGE

# **CERTIFICATE OF SERVICE**

I, Carolina Martis, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 350 South Grand Avenue, Suite 2300, Los Angeles, California 90071. On September 12, 2018, I served a copy of the within document(s):

**[PROPOSED] ORDER RE STIPULATION
FOR DISMISSAL WITH PREJUDICE**

☒ ELECTRONICALLY: I caused a true and correct copy thereof to be electronically filed using the Court's Electronic Court Filing ("ECF") System and service was completed by electronic means by transmittal of a Notice of Electronic Filing on the registered participants of the ECF System. I served those parties who are not registered participants of the ECF System as indicated below.

| | |
|---|---|
| Farzad Rastegar<br>Amir Seyedfarshi<br>RASTEGAR LAW GROUP, APC<br>22760 Hawthorne Blvd., Suite 200<br>Torrance, CA 90505<br>Tel: (310) 961-9600<br>Fax: (310) 961-9094<br>Email: farzad@rastegarlawgroup.com<br>amir@rastegarlawgroup.com | Attorneys for Plaintiff<br>ROXANNA VALLE |

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct. Executed on September 12, 2018, at Los Angeles, California.

                                              Carolina Martis